```
 1 | McGREGOR W. SCOTT
   | United States Attorney
 2 | BENJAMIN B. WAGNER
   | Assistant U.S. Attorney
 3 | 501 I Street, Suite 10-100
   | Sacramento, California  95814
 4 | Telephone: (916) 554-2745
```



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>      v.                            )<br>                                    )<br> SEALED,                             )<br>                                    )<br>            Defendant.              )<br> _____) | SEALING ORDER<br><br>2:07-CR-0048 WBS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that documents filed in the above referenced case shall be sealed until further order of this Court.

DATED: February 15, 2007

_____
HONORABLE KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE