```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BENJAMIN B. WAGNER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2745
```



SEALED

FILED

FEB 15 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. 2:07-CR-0048 WBS |
|---|---|---|
| Plaintiff, | ) | ORDER TO SEAL |
| v. | ) | |
| ALEKSEY CHUGAEV, | ) | |
| Defendant. | ) | |

The Court hereby orders that the Petition of Assistant United States Attorney Benjamin Wagner to seal Indictment and Order in the above-referenced case shall be sealed until further order of the Court.

SO ORDERED.

DATED: February 15, 2007

_____
HONORABLE KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE