Case 2:07-cr-00048-WBS   Document 18   Filed 04/30/07   Page 1 of 3

```
McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2745
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-07-048 WBS DAD |
| ) | |
| Plaintiff, ) | PETITION TO UNSEAL INDICTMENT |
| ) | |
| v. ) | |
| ) | |
| ALEKSEY CHUGAEV, ) | |
| ROMAN KARELOV, ) | |
| RADIK E. NIZAMOV, and ) | |
| OLEG V. UMAROV, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

   TO THE HONORABLE DALE A. DROZD, UNITED STATES MAGISTRATE JUDGE:

   COMES NOW, Benjamin B. Wagner, Assistant U.S. Attorney for the Eastern District of California, to petition this Court and respectfully represent that:

   1.  That on February 15, 2007, the Grand Jury for the Eastern District of California, returned the above-referenced Indictment;

   2.  That on February 15, 2007, I petitioned the Court to seal this Indictment pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure;

1

3. That February 15, 2007, this Court ordered the Indictment sealed until further order of the Court;

3. That on April 26, 2007, the Grand Jury for the Eastern District of California, returned a Superseding Indictment in the above-referenced case;

4. That the three co-defendants which were included in the Superseding Indictment which was filed on April 26, 2007, have been arrested and are in federal custody;

5. Accordingly, there is no longer a need to seal the indictment.

THEREFORE, your petitioner prays that the Court order the Indictment and Superseding Indictment referenced above, the Petition to Seal Indictment, and the Court's Order sealing the indictment is unsealed.

DATED: April 27, 2007        McGREGOR W. SCOTT
                             United States Attorney

                             /s/ Benjamin Wagner
                         By:_____
                             BENJAMIN B. WAGNER
                             Assistant U.S. Attorney

1  McGREGOR W. SCOTT
   United States Attorney
2  BENJAMIN B. WAGNER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2745

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,    )    CR. S-07-048 WBS
11                              )
                Plaintiff,      )    ORDER TO UNSEAL INDICTMENT
12                              )
           v.                   )
13                              )
   ALEKSEY CHUGAEV,             )
14 ROMAN KARELOV,               )
   RADIK E. NIZAMOV, and        )
15 OLEG V. UMAROV,              )
                                )
16              Defendants.     )
   _____)
17

18      Petition having been made to the Court to unseal the above-
19 referenced Indictment and the Court having considered the
20 petition and finding good cause therefore;
21      IT IS HEREBY ORDERED that the Indictment referenced above,
22 the Petition to Seal, and the Court's Order sealing the
23 Indictment be unsealed.
24 DATED: April 30, 2007.

25
                              _____
26                            DALE A. DROZD
27                            UNITED STATES MAGISTRATE JUDGE

28 Ddad1/orders.criminal/chugaev0048.ord

3