1  PHILLIP A. TALBERT
   United States Attorney
2  ROSANNE L. RUST
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-00048-WBS |

12 | Plaintiff, | **ORDER DISMISSING INDICTMENT AND RECALLING WARRANT AS TO DEFENDANT ALEKSEY CHUGAEV** |

13 | v. |

14 | ALEKSEY CHUGAEV, et al., |

15 | Defendants. |

16

17  For the reasons set forth in the motion to dismiss filed by the United States, the charges against

18 defendant ALEKSEY CHUGAEV in the pending Indictment, are hereby DISMISSED and any

19 outstanding arrest warrant is recalled.

20 Dated: June 21, 2017

21  _William B. Shubb_
    _____
22  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER         1